**STATE v. CAPLE**

[362 N.C. 232 (2008)]

STATE OF NORTH CAROLINA v. EDDIE CAPLE

No. 437A05-2

(Filed 7 March 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 185 N.C. App. 721, 650 S.E.2d 8 (2007), which, upon defendant's appeal from a judgment entered on 7 January 2004 by Judge B. Craig Ellis in Superior Court, Robeson County, remanded the case to the trial court for resentencing after being ordered by this Court to reconsider in light of *State v. Blackwell*, 361 N.C. 41, 638 S.E.2d 452 (2006), *cert. denied*, —— U.S. ——, 127 S. Ct. 2281, 167 L. Ed. 2d 1114 (2007), its previous decision to remand for resentencing. Heard in the Supreme Court 13 February 2008.

*Roy Cooper, Attorney General, by Derrick C. Mertz, Assistant Attorney General, for the State-appellant.*

*Paul F. Herzog for defendant-appellee.*

PER CURIAM.

Justice HUDSON took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See, e.g., Barham v. Hawk*, 360 N.C. 358, 625 S.E.2d 778 (2006).

AFFIRMED.

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Abdo v. M.B. Kahn Constr. Co.<br><br>Case below:<br>187 N.C. App. 305 | No. 034A08 | 1. Plt's NOA Based Upon a Constitutional Question (COA07-454) | 1. —— |
| | | 2. Defs' Motion to Dismiss Appeal | 2. Allowed 03/06/08 |
| | | 3. Defs' Motion for Plt to to pay costs and reasonable expenses, including attorney's fees | 3. Denied 03/06/08 |
| | | 4. Defs' Motion to Remand this Matter to Buncombe County for a Hearing to Determine Appropriate Sanctions | 4. Denied 03/06/08 |
| | | 5. Defs' Motion for Plt to No Longer be Allowed to File in this Civil Action before the Court Unless Accompanied by a Certification, signed by a N.C. Licensed Attorney who is in Good Standing with the NC State Bar, Verifying Plt's Claims are of Merit | 5. Denied 03/06/08 |
| Adams Creek Assocs. v. Davis<br><br>Case below:<br>186 N.C. App. 512 | No. 003P08 | Defs' Motion for Temporary Stay (COA07-134) | Allowed 01/09/08 |
| Babb v. Bynum & Murphrey, PLLC<br><br>Case below:<br>182 N.C. App. 750 | No. 317P07 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA06-876) | 1. —— |
| | | 2. Plts' Motion to Withdraw PDR | 2. Allowed 03/06/08 |
| | | 3. Plts' PWC to Review Decision of COA | 3. Denied 03/06/08 |
| Billings v. General Parts, Inc.<br><br>Case below:<br>187 N.C. App. 580 | No. 029P08 | 1. Defs' Motion for Temporary Stay (COA07-318) | 1. Allowed 01/23/08<br>Stay Dissolved 03/06/08 |
| | | 2. Defs' Petition for Writ of Supersedeas | 2. Denied 03/06/08 |
| | | 3. Defs' PDR Under N.C.G.S. § 7A-31 | 3. Denied 03/06/08 |
| Bolick v. ABF Freight Sys., Inc.<br><br>Case below:<br>188 N.C. App. 294 | No. 076P08 | 1. Def's Motion for Temporary Stay (COA07-198) | 1. Allowed 02/21/08<br>Stay Dissolved 03/06/08 |
| | | 2. Def's Petition for Writ of Supersedeas | 2. Denied 03/06/08 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied 03/06/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Burrill v. Long<br><br>Case below:<br>185 N.C. App. 158 | No. 438P07 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA06-955)<br><br>2. Def's (Rate Bureau) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 03/06/08<br><br>2. Dismissed as Moot 03/06/08 |
| Cameron v. Merisel Props., Inc.<br><br>Case below:<br>187 N.C. App. 40 | No. 594P07 | 1. Def's (Merisel) PDR Under N.C.G.S. § 7A-31 (COA07-54)<br><br>2. Def's Motion to Withdraw PDR | 1. ——<br><br>2. Allowed 03/06/08 |
| Citizens Addressing Reassignment & Educ., Inc. v. Wake Cty. Bd. of Educ.<br><br>Case below:<br>182 N.C. App. 241 | No. 254P07 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA06-105)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 03/06/08<br><br>2. Dismissed as Moot 03/06/08<br><br>**Martin, J., Recused** |
| Craig v. New Hanover Cty. Bd. of Educ.<br><br>Case below:<br>185 N.C. App. 651 | No. 484P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA07-80)<br><br>2. Plt's Motion to Convert "Petition for Discretionary Review" to a Notice of Appeal of Right<br><br>3. Plt's Alternative PWC to Review Decision of the COA | 1. Denied 03/06/08<br><br>2. Denied 03/06/08<br><br>3. Allowed 03/06/08 |
| Esposito v. Talbert & Bright, Inc.<br><br>Case below:<br>181 N.C. App. 742 | No. 154P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-572) | Denied 03/06/08 |
| Fucito v. Francis<br><br>Case below:<br>184 N.C. App. 377 | No. 381P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1237) | Denied 03/06/08 |
| Grant v. High Point Reg'l Health Sys.<br><br>Case below:<br>184 N.C. App. 250 | No. 474P05-2 | Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA06-1079) | Allowed 03/06/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Hill v. Hill<br><br>Case below:<br>187 N.C. App. 509 | No. 638P05-2 | 1. Plt's Motion for Temporary Stay (COA07-266)<br><br>2. Plt's Petition for Writ of Supersedeas | 1. Denied 01/30/08<br><br>2. Denied 01/30/08<br><br>**Martin, J., Recused Timmons-Goodson, J., Recused** |
| Hollin v. Johnston Cty. Council On Aging<br><br>Case below:<br>181 N.C. App. 77 | No. 079P07 | 1. Defs' Motion for Temporary Stay (COA06-310)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Allowed 02/08/07 Stay Dissolved 03/06/08<br><br>2. Denied 03/06/08<br><br>3. Denied 03/06/08<br><br>**Hudson, J., Recused** |
| Hughes v. Rivera-Ortiz<br><br>Case below:<br>187 N.C. App. 214 | No. 611A07 | 1. Plt's NOA Based Upon a Dissent (COA06-1582)<br><br>2. Plt's PDR as to Additional Issue | 1. ——<br><br>2. Allowed 03/06/08 |
| In re A.R.H.B. & C.C.H.L.<br><br>Case below:<br>186 N.C. App. 211 | No. 538A07 | 1. Respondent Mother's (Shannon Leigh H.) NOA Based Upon a Constitutional Question (COA07-690)<br><br>2. GAL's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed 03/06/08 |
| In re D.W.<br><br>Case below:<br>188 N.C. App. 164 | No. 075P08 | Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA07-948) | Denied 03/06/08 |
| In re R.B.B.<br><br>Case below:<br>187 N.C. App. 639 | No. 030P08 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA07-727) | Denied 03/06/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re R.G.J.<br><br>Case below:<br>187 N.C. App. 509 | No. 601P07 | 1. Respondent's (Father) Petition for Writ of Mandamus (COA07-817)<br><br>2. Respondent's (Father) PWC to Review the Case *De Novo* | 1. Denied 03/06/08<br><br>2. Denied 03/06/08 |
| In re S.S., T.R., D.R. & M.R.<br><br>Case below:<br>183 N.C. App. 300 | No. 272P07 | Respondent's (Father R.A.) PDR Under N.C.G.S. § 7A-31 (COA06-1538) | Denied 03/06/08 |
| Kelly v. Wake Cty. Sheriff's Dept.<br><br>Case below:<br>188 N.C. App. 165 | No. 064P08 | Def's (Sheriff's Dept.) Motion for Temporary Stay (COA06-1127) | Allowed 02/21/08 |
| Lamar OCI South Corp. v. Stanly Cty. Zoning Bd. of Adjust.<br><br>Case below:<br>186 N.C. App. 44 | No. 485A07 | 1. Respondent's NOA (Dissent) (COA06-993)<br><br>2. Petitioner's PDR Under N.C.G.S. § 7A-31 | 1.——<br><br>2. Allowed 03/06/08 |
| Lancaster v. N.C. Dep't of Env't and Natural Res.<br><br>Case below:<br>187 N.C. App. 105 | No. 591P07 | Respondents' PDR Under N.C.G.S. § 7A-31 (COA07-149) | Denied 03/06/08 |
| Lane v. American Nat'l Can Co.<br><br>Case below:<br>181 N.C. App. 527 | No. 124P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-87) | Denied 03/06/08<br><br>**Martin, J., Recused** |
| Losing v. Food Lion, L.L.C.<br><br>Case below:<br>185 N.C. App. 278 | No. 454P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1312)<br><br>2. Plt's PWC to Review Decision of COA | 1. Denied 03/06/08<br><br>2. Denied 03/06/08 |
| Meadows v. Iredell Cty.<br><br>Case below:<br>187 N.C. App. 785 | No. 019P08 | Plts' PDR Under N.C.G.S. § 7A-31 (COA07-596) | Denied 03/06/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Midsouth Golf, LLC v. Fairfield Harbourside Condo Ass'n<br><br>Case below:<br>187 N.C. App. 22 | No. 589P07 | Plt's Motion for Temporary Stay (COA07-64) | Allowed 12/20/07 |
| Myers v. Bryant<br><br>Case below:<br>187 N.C. App. 305 | No. 607P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-491) | Denied 03/06/08 |
| Neblett v. Hanover Inspection Serv., Inc.<br><br>Case below:<br>186 N.C. App. 132 | No. 515P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1676) | Denied 03/06/08 |
| Oakes v. Lincoln Cty. Bd. of Elections<br><br>Case below:<br>186 N.C. App. 679 | No. 061P07-2 | 1.  Plt's Notice of Appeal Based Upon a Constitutional Question (COA06-1699)<br><br>2.  Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied 03/06/08 |
| Powe v. Centerpoint Human Servs.<br><br>Case below:<br>183 N.C. App. 300 | No. 286P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-958) | Denied 03/06/08 |
| Rakestraw v. Town of Knightdale<br><br>Case below:<br>188 N.C. App. 129 | No. 070P08 | Plts' PDR Under N.C.G.S. § 7A-31 (COA07-866) | Denied 03/06/08 |
| Ramsey v. N.C. Div. of Motor Vehicles<br><br>Case below:<br>184 N.C. App. 713 | No. 412P07 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA06-931) | Denied 03/06/08 |
| Robertson v. Robertson<br><br>Case below:<br>186 N.C. App. 680 | No. 001P08 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA06-1448)<br><br>2.  Def's Motion to Withdraw PDR | 1.<br><br>2. Allowed 02/01/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Row v. Row (Deese)<br><br>Case below:<br>185 N.C. App. 450 | No. 468P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1692) | Denied<br>03/06/08 |
| Smith v. Smith<br><br>Case below:<br>179 N.C. App. 652 | No. 526P06 | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA05-1359)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Intervenor's (Robert Bzduch) Motion for Sanctions | 1. Dismissed *Ex Mero Motu* 03/06/08<br><br>2. Denied 03/06/08<br><br>3. Denied 03/06/08 |
| Stark v. Ratashara<br><br>Case below:<br>188 N.C. App. 166 | No. 353A04-4 | 1. Plt's NOA Based Upon a Constitutional Question (COA07-665)<br><br>2. Plt's Motion to Amend NOA | 1. Dismissed *Ex Mero Motu* 03/06/08<br><br>2. Allowed 03/06/08 |
| State v. Andrade<br><br>Case below:<br>187 N.C. App. 510 | No. 004P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-588) | Denied<br>03/06/08 |
| State v. Askew<br><br>Case below:<br>183 N.C. App. 156 | No. 271P07 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA06-507)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/06/08<br><br>3. Denied 03/06/08 |
| State v. Ayscue<br><br>Case below:<br>187 N.C. App. 510 | No. 006P08 | 1. Def-Appellant's Notice of Appeal Under N.C.G.S. § 7A-30(1) (COA07-345)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def-Appellant's PDR Under N.C.G.S. § 7A-31 (c) | 1. ——<br><br>2. Allowed 03/06/08<br><br>3. Denied 03/06/08 |
| State v. Barefoot<br><br>Case below:<br>184 N.C. App. 188 | No. 343P07 | 1. Def's (Barefoot) PDR Under N.C.G.S. § 7A-31 (COA06-1056)<br><br>2. Def's (Jordan) NOA Based Upon a Constitutional Question<br><br>3. AG's Motion to Dismiss Appeal<br><br>4. Def's (Jordan) PDR Under N.C.G.S. § 7A-31 | 1. Denied 03/06/08<br><br>2. ——<br><br>3. Allowed 03/06/08<br><br>4. Denied 03/06/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Barnes<br><br>Case below:<br>Rowan County<br>Superior Court | No. 146A94-3 | Def's PWC to Review Order of Rowan County Superior Court | Denied<br>03/06/08 |
| State v. Bobbitt<br><br>Case below:<br>187 N.C. App. 305 | No. 606P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-270) | Denied<br>03/06/08 |
| State v. Cleveland<br><br>Case below:<br>184 N.C. App. 189 | No. 059P08 | Def's Motion for "Petition for Discretionary Review" (COA06-1026) | Denied<br>03/06/08 |
| State v. Cobb<br><br>Case below:<br>187 N.C. App. 295 | No. 447P05-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-508-2) | Denied<br>03/06/08<br><br>**Timmons-Goodson, J., Recused Hudson, J., Recused** |
| State v. Coltrane<br><br>Case below:<br>185 N.C. App. 160 | No. 428P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1286)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu* 03/06/08<br><br>2. Denied 03/06/08 |
| State v. Cooper<br><br>Case below:<br>186 N.C. App. 100 | No. 490P07 | AG's Motion for Temporary Stay (COA06-1356) | Allowed<br>10/08/07 |
| State v. Crump<br><br>Case below:<br>181 N.C. App. 150 | No. 058P07 | 1. Def's Motion for "Petition for Discretionary Review (N.C. Gen. Stat. Sec. 7A-31)" (COA06-411)<br><br>2. Def's Motion to Appoint Counsel | 1. Dismissed 03/06/08<br><br>2. Dismissed as Moot 03/06/08 |
| State v. Daye<br><br>Case below:<br>184 N.C. App. 758 | No. 401P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1378) | Denied<br>03/06/08 |
| State v. Duncan<br><br>Case below:<br>188 N.C. App. 508 | No. 091A08 | State's Motion for Temporary Stay (COA07-85) | Allowed<br>02/21/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Ewell<br><br>Case below:<br>186 N.C. App. 680 | No. 108P05-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1494) | Denied 03/06/08 |
| State v. Green<br><br>Case below:<br>187 N.C. App. 510 | No. 008P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-430)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/06/08<br><br>3. Denied 03/06/08 |
| State v. Greene<br><br>Case below:<br>184 N.C. App. 379 | No. 388P07 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA06-1504)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/06/08<br><br>3. Denied 03/06/08 |
| State v. Hester<br><br>Case below:<br>185 N.C. App. 732 | No. 497P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1463) | Denied 03/06/08 |
| State v. Howell<br><br>Case below:<br>184 N.C. App. 369 | No. 369P07 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA06-1473)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/06/08<br><br>3. Denied 03/06/08 |
| State v. Hunt<br><br>Case below:<br>182 N.C. App. 348 | No. 192P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-525)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/06/08<br><br>3. Denied 03/06/08 |
| State v. Johnson<br><br>Case below:<br>188 N.C. App. 633 | No. 085P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-907) | Denied 03/06/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Jordan<br><br>Case below:<br>186 N.C. App. 576 | No. 581P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-69) | Denied<br>03/06/08 |
| State v. Kirby<br><br>Case below:<br>187 N.C. App. 367 | No. 014P08 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1593)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>03/06/08<br><br>3. Denied<br>03/06/08 |
| State v. Labinski<br><br>Case below:<br>188 N.C. App. 120 | No. 060P08 | Def's Motion for Temporary Stay<br>(COA06-1617) | Denied<br>02/15/08 |
| State v. Lender<br><br>Case below:<br>186 N.C. App. 306 | No. 539P07 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA06-1632)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>03/06/08<br><br>3. Denied<br>03/06/08 |
| State v. Loftis<br><br>Case below:<br>185 N.C. App. 190 | No. 440P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-728) | Denied<br>03/06/08 |
| State v. Maready<br><br>Case below:<br>188 N.C. App. 169 | No. 032A08 | 1. State's NOA (Dissent)<br>(COA07-171)<br><br>2. State's Motion Temporary Stay<br><br>3. State's Petition for Writ of Supersedeas | 1. ——<br><br><br>2. Allowed<br>01/24/08<br><br>3. Allowed<br>03/06/08 |
| State v. McFadden<br><br>Case below:<br>181 N.C. App. 131 | No. 060P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-519) | Denied<br>03/06/08 |
| State v. McLamb<br><br>Case below:<br>186 N.C. App. 124 | No. 489P07 | AG's Motion for Temporary Stay<br>(COA06-1319) | Allowed<br>10/08/07 |
| State v. Morgan<br><br>Case below:<br>183 N.C. App. 160 | No. 284P07 | 1. Def's (Morgan) NOA Based Upon a Constitutional Question (COA06-1234)<br><br>2. Def's (Morgan) PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>03/06/08<br><br>2. Denied<br>03/06/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Muhammad<br><br>Case below:<br>186 N.C. App. 355 | No. 547A07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1430)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>03/06/08 |
| State v. Murray<br><br>Case below:<br>157 N.C. App. 143 | No. 237P03-2 | Def's Petition for Writ of Habeas Corpus (COA02-653) | Denied<br>02/07/08 |
| State v. Myles<br><br>Case below:<br>188 N.C. App. 42 | No. 041A08 | 1. State's NOA (Dissent) (COA07-118)<br><br>2. State's Motion for Temporary Stay<br><br>3. State's Petition for Writ of Supersedeas | 1. ——<br><br>2. Allowed<br>01/29/08<br><br>3. Allowed<br>03/06/08 |
| State v. Patterson<br><br>Case below:<br>185 N.C. App. 67 | No. 434P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1347) | Denied<br>03/06/08 |
| State v. Perez<br><br>Case below:<br>182 N.C. App. 294 | No. 199P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-440) | Denied<br>03/06/08 |
| State v. Petrick<br><br>Case below:<br>186 N.C. App. 597 | No. 592P07 | 1. Def's NOA Based Upon a Constitutional Question (COA07-86)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>03/06/08<br><br>3. Denied<br>03/06/08 |
| State v. Randolph<br><br>Case below:<br>181 N.C. App. 150 | No. 031P08 | Def's PWC to Review Decision of COA (COA06-252) | Denied<br>03/06/08<br><br>**Hudson, J.,<br>Recused** |
| State v. Scriven<br><br>Case below:<br>188 N.C. App. 167 | No. 053P08 | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA07-797)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>03/06/08<br><br>2. Denied<br>03/06/08 |
| State v. Seek<br><br>Case below:<br>187 N.C. App. 306 | No. 616P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1650) | Denied<br>03/06/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Stokely<br><br>Case below:<br>184 N.C. App. 336 | No. 380P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1222) | Denied 03/06/08 |
| State v. Valdovinos<br><br>Case below:<br>187 N.C. App. 307 | No. 615P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-1485)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 03/06/08<br><br>3. Allowed 03/06/08 for limited purpose of remanding to the COA for reconsideration in light of *Brendlin v. California*, —— U.S. ——, 127 S. Ct. 2400, 168 L. Ed. 2d 132 (2007) |
| State v. Walker<br><br>Case below:<br>188 N.C. App. 331 | No. 016P05-3 | State's Motion for Temporary Stay (COA03-1426-2) | Allowed 02/01/08 |